

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SOLCIUS, LLC and GOODLEAP, LLC (formerly known as LOANPAL), | § | No. 08-22-00146-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 168th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| SALVADOR MERAZ, | | |
| | § | (TC# 2021DCV3036) |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying the motion to compel arbitration and remand the case to the trial court with directions to order the parties to arbitration and to stay Appellant's lawsuit pending the outcome of the arbitration. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF FEBRUARY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Soto, J., Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)